UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JASON DENT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  No. 2:23-cv-00137-JRS-MG |
| | ) |
| KALLIS, | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. This action is **DISMISSED** without prejudice.

Date: 5/27/2025

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JASON DENT
67640053
FLORENCE - USP
FLORENCE HIGH U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 7000
FLORENCE, CO 81226

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov